# United States Court of Appeals
## For the First Circuit

Nos. 23-1721
     23-1723

UNITED STATES OF AMERICA,

Appellee,

v.

LUCAS SIROIS; ALISA SIROIS,

Defendants-Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on October 15, 2024, is amended as follows:

On page 12, line 13, add "[sic]" after "<u>Jenks</u>".

On page 15, line 5, replace "of" with "or".